# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN DESJUAN BISHOP, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-15-55-R |
| ) | |
| OKLAHOMA COUNTY OF, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered March 6, 2015. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation, in which the Court concurs, is ADOPTED in its entirety and this matter is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE